# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>    Plaintiff,<br><br>    v.<br><br>S. GILES, et al.,<br><br>    Defendants. | No. 2:21-CV-1027-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated: July 8, 2021

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE