**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL, | No. 2:21-CV-1027-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| S. GILES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 9, seeking the following relief: (1) a 45-day extension of time to file a first amended complaint; (2) acknowledgement that Plaintiff prefers female pronouns; and (3) a change of address. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff's address has been updated on the docket to Mule Creek State Prison pursuant to her request. The Court also acknowledges that Plaintiff prefers female pronouns and will endeavour to use appropriate pronounces when referring to her in future orders. Finally, the Court grants Plaintiff a 45-day extension of time.

///
///
///
///

1

1   Plaintiff shall file a first amended complaint within 45 days of the date of this order.

2           IT IS SO ORDERED.

4   Dated: October 5, 2021

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE