**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. GILES, et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1027-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's second motion, ECF No. 21, for an extension of time to file objections to the Court's March 9, 2022, findings and recommendations.  Good cause appearing therefor based on Plaintiff's declaration regarding recent emergency medical treatment related to a seizure disorder, Plaintiff's motion is granted.  Plaintiff may file objections within 30 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated:  June 22, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1