UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>    Plaintiff,<br><br>    v.<br><br>S. GILES, et al.,<br><br>    Defendants. | No. 2:21-cv-01027-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 11, 18) |

    Plaintiff Akiva Avikaida Israel is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 9, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for injunctive relief (Doc. No. 11) be denied because plaintiff failed to demonstrate that irreparable harm would be suffered absent the requested injunctive relief. (Doc. No. 18 at 2.) The findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) Despite plaintiff requesting and receiving several extensions of time to file objections to the pending findings and recommendations (Doc. Nos. 20, 22), no objections have

1

been filed and the time to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 9, 2022 (Doc. No. 18) are adopted in full;
2. Plaintiff's motion for a temporary restraining order or preliminary injunction (Doc. No. 11) is denied; and
3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 6, 2022**

UNITED STATES DISTRICT JUDGE

2