IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>    Plaintiff,<br><br>    v.<br><br>S. GILES, et al.,<br><br>    Defendants. | No. 2:21-CV-1027-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's emergency motion, ECF No. 27, which the Court construes as a motion for an extension of time to file a second amended complaint. So construed, and good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to Plaintiff's current placement in administrative segregation and separation from Plaintiff's legal materials, Plaintiff's motion will be granted.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion, ECF No. 27, is construed as a motion for an extension of time to file a second amended complaint and, so construed, is GRANTED.

2. Plaintiff may file a second amended complaint within 60 days of the date of this order.

Dated: September 1, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE