IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>    Plaintiff,<br><br>    v.<br><br>S. GILES, et al.,<br><br>    Defendants. | No. 2:21-CV-1027-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On December 4, 2023, Plaintiff filed a "status report" indicating that he had been involved in an assault in October 2023 and, as a result, suffered physical injuries. See ECF No. 29. Attached to Plaintiff report is documentation of the assault and injuries sustained. See id. Plaintiff seeks a 60-day extension of time to file a second amended complaint pursuant to the Court's July 25, 2023, and September 1, 2023, orders. Good cause appearing therefor, Plaintiff's status report will be construed a motion for an extension of time and, so construed, will be granted.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's status report, ECF No. 29, is construed as a motion for an extension of time to file a second amended complaint and, so construed, is GRANTED.

2. Plaintiff may file a second amended complaint within 60 days of the date of this order.

Dated: January 11, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE