IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>            Plaintiff,<br><br>   v.<br><br>S. GILES, et al.,<br><br>            Defendants. | No.  2:21-CV-1027-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file a second amended complaint.  See ECF No. 31.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to recent medical incapacitation, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 31, is GRANTED.

2. Plaintiff may file a second amended complaint within 30 days of the date of this order.

Dated:  April 3, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1