IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>        Plaintiff,<br><br>    v.<br><br>S. GYLES, et al.,<br><br>        Defendants. | No.  2:21-CV-01027-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to opt-out of the Court's Early Alternative Dispute Resolution Program.  See ECF No. 45.  Good cause appearing therefore, Defendants' motion will be granted.  The Court will set a schedule for this litigation by separate order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to opt-out of the Court's Early Alternative Dispute Resolution Program, ECF No. 45, is GRANTED.

2. The stay of proceedings imposed on August 1, 2024, is LIFTED.

Dated: September 20, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE