UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AKIVA AVIKAIDA ISRAEL,

Plaintiff,

v.

S. GYLES, et al.,

Defendants.

No.  2:21-cv-01027-DAD-DMC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR INJUNCTIVE RELIEF

(Doc. Nos. 50, 73)

Plaintiff Akiva Avikaida Israel is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for relief (Doc. No. 50) be construed as a motion for preliminary injunctive relief and denied.  (Doc. No. 73.)  Specifically, the assigned magistrate judge found that plaintiff sought injunctive relief against R.J. Donavan Correctional Facility for restricting access to legal materials, but that that entity is not a party to this action and, accordingly, the court cannot order injunctive relief against it.  (*Id.* at 3.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  To date, plaintiff has not filed any objections and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on February 11, 2026 (Doc. No. 73) are ADOPTED in full;

2.    Plaintiff's motion for relief (Doc. No. 50) is DENIED; and

3.    This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 18, 2026**                              _Dale A. Drozd_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE