**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

AKIVA AVIKAIDA ISRAEL,

        Plaintiff,

        v.

S. GILES, et al.,

        Defendants.

No.  2:21-CV-1027-DAD-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's motion to modify the schedule, see ECF No. 75, and opposition thereto, see ECF No. 77; and (2) Plaintiff's motion to compel, see ECF No. 78, and opposition thereto, see ECF No. 79.

Plaintiff's motion to modify the schedule was filed on March 5, 2026.  See ECF No. 75.  The motion was signed, however, on November 10, 2025, and was subsequently duplicated with another motion to modify the schedule which Plaintiff filed on November 12, 2025.  Compare ECF Nos. 75 and 65.  Plaintiff's November 12, 2025, motion was granted on March 5, 2026, and the Court has re-opened discovery.  See ECF No. 74.  Plaintiff's current motion will be denied as moot because the relief request has already been granted.

In her motion to compel, Plaintiff seeks an order compelling Defendants to respond to outstanding written discovery.  See ECF No. 78.  In the motion, Plaintiff references

1

discovery she states was served on April 7, 2024.  See id.  Attached to Plaintiff's motion are requests for production of documents and Defendants' responses thereto.  See id. at 4-21.  In Defendants' opposition, Defendants note that the discovery requests attached to Plaintiff's current motion to compel are the same as those which were at issue in Plaintiff's prior motion to compel. See ECF No. 79.  A review of the filings in this case reflects that Defendants are correct.  Plaintiff previously filed a motion to compel concerning discovery requests she served on April 7, 2025 (not 2024).  See ECF No. 58.  In their opposition to that motion, Defendants provided the discovery and responses at issue.  See ECF No. 59-2 (Plaintiff's discovery requests at Exhibit A to Defendants' opposition to Plaintiff's prior motion to compel) and ECF No. 59-3 (Defendants' responses attached at Exhibit B to Defendnats' opposition to Plaintiff's prior motion to compel). The Court denied Plaintiff's prior motion to compel as to the April 7, 2025, discovery requests because they were untimely pursuant to the then-operative discovery and scheduling order.  See ECF No. 74.

Defendants suggest in their opposition to the current motion to compel that Plaintiff's motion in fact relates to a second set of written discovery requests served on March 24, 2026.  See ECF No. 78.  Defendants contend that, if this is the case, Plaintiff's motion is premature because responses to discovery served on March 24, 2026, are not due until May 8, 2026, consistent with the 45-day response deadline set forth in the Court's prior discovery and scheduling order.  See id. (referencing the Court's September 23, 2024, discovery and scheduling order at ECF No. 47).  To the extent Defendants are correct and Plaintiff's current motion relates to a second set of discovery served on March 24, 2026, the Court agrees that Plaintiff's motion is premature because responses are not yet due.  To the extent Plaintiff's current motion relates to discovery previously addressed by the Court, Plaintiff's motion will be denied for the reasons outlined in the Court's prior order.

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion to re-open discovery, ECF No. 75, is DENIED.

2

2.      Plaintiff's motion to compel, ECF No. 78, is DENIED.

Dated:  April 8, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3